NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WHITBURN, LLC as Trustee Only, under
the HC 13-1012 Land Trust,

        Petitioner,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Indenture Trustee for
American Home Mortgage Investment
Trust 2005-2; BHEMAUL RAGOOBIR;
VILMA RAGOOBIR; SOUTH BAY LAKES
HOMEOWNER'S ASSOCIATION, INC.;
and UNKNOWN TENANT n/k/a Aisha
Waller,

        Respondents.

Case No. 2D15-503

Opinion filed January 6, 2016.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Raul
C. Palomino, Jr., Senior Judge.

Heather A. DeGrave of Walters, Levine,
Klingensmith & Thomison, P.A., Tampa, for
Petitioner.

Jeremy W. Harris and David F. Knobel of
Morris, Laing, Evans, Brock & Kennedy,
Chtd., West Palm Beach; and Morgan L.
Weinstein of Van Ness Law Firm, PLC,
Deerfield Beach, for Respondent Deutsche

Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2.

No appearance for remaining Respondents.


BLACK, Judge.

Whitburn, LLC, as trustee only under the HC 13-1012 Land Trust, seeks certiorari review of the trial court's postjudgment order striking its objection to the foreclosure sale in the underlying mortgage foreclosure action. Whitburn, a nonparty to the mortgage foreclosure action, contends that the trial court denied it procedural due process by striking its objection to the foreclosure sale and that the sale abrogated Whitburn's redemption rights. Because the order at issue is final as to Whitburn, we convert this proceeding to an appeal from a final order. We affirm the order striking the objection without further comment. See generally Whitburn, LLC v. Wells Fargo Bank. N.A., Case No. 2D14-5563 (Fla. 2d DCA Dec. 18, 2015).


VILLANTI, C.J., and NORTHCUTT, J., Concur.